**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.
MATTHEW THOMAS, JR.,

                    Plaintiff-Relator,

   -against-                                 19 **CIVIL** 11800 (JPO)

                                                        **<u>JUDGMENT</u>**

PREMIER HOME HEALTH CARE
SERVICES, INC.,

                    Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated October 27, 2025, Premier's motion to dismiss is GRANTED. Judgment of dismissal is entered; accordingly, the case is closed.

**Dated:** New York, New York

      October 27, 2025

                                                         **TAMMI M. HELLWIG**
                                                         _____
                                                            **Clerk of Court**

                                **BY:**         *K. Mango*
                                                           _____
                                                            **Deputy Clerk**